**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| THOMAS ALLAN HENSON, | ) | CASE NO. ED CV 07-00393 DSF (RZ) |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| VICTOR M. ALMAGER, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge, except notes that the quotation marks and brackets on page 3, lines 19 and 20 should be deleted.

DATED: 1/27/09

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE