**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS ALLAN HENSON, | ) | CASE NO. ED CV 07-00393 DSF (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| VICTOR M. ALMAGER, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of THOMAS ALLEN HENSON, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: 1/27/09

_Dale S. Fischer_
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE